J. D. SULLIVAN, ESQ.
Nevada Bar No. 5516
SULLIVAN LAW
1625 Hwy. 88, Suite 401
Minden, NV 89423
(775) 782-6915 telephone

ROBERT L. CHAIKEN, ESQ.
Texas Bar No. 04057830
CHAIKEN & CHAIKEN, P.C.
5717 Legacy Drive, Suite 250
Plano, TX  75024
(214) 265-0250 telephone

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| BRENT ROERING and SHELLY ROERING,<br><br>Plaintiffs,<br><br>vs.<br><br>HARLEY-DAVIDSON, INC.; HARLEY-DAVIDSON MOTOR CO., INC.; HARLEY-DAVIDSON MOTOR COMPANY OPERATIONS, INC.; HARLEY-DAVIDSON MOTOR COMPANY, INC.; HARLEY-DAVIDSON MOTOR CO.; HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC; HARLEY-DAVIDSON MOTOR COMPANY; GLIDE-PRO, INC. and SPIRIT AMERICA, INC. d/b/a TRUE-TRACK, INC,<br><br>Defendants. | Case No. 3:22-cv-00549-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Brent Roering and Shelly Roering, Defendants Harley-Davidson, Inc., Harley-Davidson Motor Co., Inc., Harley-Davidson Motor Company Operations, Inc., Harley-Davidson Motor Company, Inc., Harley-Davidson Motor Co., Harley-Davidson Motor Company Group, LLC, and Harley-Davidson Motor Company (collectively, "Harley Defendants"), and Defendant Spirit America, Inc. d/b/a True-

1  Track, Inc. ("True Track"), by and through their respective counsel of record, and pursuant to LR
2  II 6-1 and LR II 26-3, that the discovery deadlines set forth in the Court's *Joint Discovery Plan and*
3  *Scheduling Order* (ECF No. 33) shall be extended as set forth below:

### A.   Good Cause Exists to Extend all Deadlines

The good cause inquiry focuses primarily on the parties' diligence. *See Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1294-95 (9th Cir. 2000). Good cause to extend the discovery cutoff exists "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Here, good cause exists to extend the deadlines for at least three reasons. First, the Parties were actively engaged in discovery but could not agree on the terms of a protective order to govern the production of documents and other confidential material. After attempting to meet and confer on the matter the Parties were unable to reach an agreement and the matter had to be submitted to the court for determination. The hearing and ruling on the motion for entry of the protective order just took place on October 2, 2023. The parties will need additional time to allow for the production of these confidential items as well as time for the Plaintiffs and their consultants to evaluate same before experts can be disclosed. Likewise, after a reasonable extension of time was granted, the Defendants served their initial responses to written discovery, except for the confidential material mentioned above, on September 26, 2023. The parties will need additional time to evaluate these responses and whether court intervention is or is not necessary related to possible motion to compel issues related to information that Plaintiffs' experts might need in order to fully express opinions. Finally, a number of counsel for the parties and their consultants reside out of state and the subject motorcycle needs to be inspected. Based on schedules and the location of the subject motorcycle, the inspection is scheduled for October 18, 2023. The parties will again need additional time to evaluate the inspection and respond to same. This is the parties' second request for an extension of the discovery deadlines set forth in the Court's Joint Discovery Plan and Scheduling Order (ECF No. 33).

### B.   Discovery Completed

1.   Plaintiffs served their Initial FRCP 26(a) Disclosures on April 10, 2023;

2. Defendant Harley-Davidson Motor Company Group, LLC served its Initial FRCP 26(a) Disclosures on April 10, 2023;

3. Defendant Harley-Davidson Motor Company Group, LLC served its First Set of Interrogatories to Plaintiff Brent Roering on May 25, 2023;

4. Defendant Harley-Davidson Motor Company Group, LLC served its First Set of Requests for Production to Plaintiff Brent Roering on May 25, 2023;

5. Plaintiff Brent Roering served his Objections and Responses to Defendant Harley-Davidson Motor Company Group, LLC served its First Set of Interrogatories on July 7, 2023; and

6. Plaintiff Brent Roering served his Objections and Responses to Defendant Harley-Davidson Motor Company Group, LLC served its First Request for Production on July 7, 2023.

7. Plaintiff Brent Roering served his First Set of Interrogatories to Defendant Harley-Davidson Motor Company Group, LLC on August 3, 2023.

8. Plaintiffs served their First Request for Production to Defendant Harley-Davidson Motor Company Group, LLC on August 3, 2023.

9. Defendant Harley-Davidson Motor Company Group, LLC served its Response to Plaintiffs' First Set of Interrogatories on September 26, 2023.

10. Defendant Harley-Davidson Motor Company Group, LLC served its Response to Plaintiffs' First Request for Production on September 26, 2023.

**C.    Discovery That Remains To Be Completed.**

1. Supplemental production of documents by both parties;

2. Additional written discovery requests by both parties;

3. Depositions of parties and non-parties, mechanical and medical experts, including out of state depositions; and

4. Inspection of the Subject product (scheduled for October 18, 2023).

**D.    Reasons Why the Extension is Warranted**

The Parties require an extension of the discovery deadlines set forth below in order to account for the time-consuming nature and logistical challenges associated with this case. This is a complex product liability case involving parties located outside of the state of Nevada. In

connection with the discovery completed so far, certain of the Defendants have asserted that much of the material it intends to produce is confidential and trade secret protected. The Parties attempted to meet and confer to reach an agreement for a comprehensive global protective order, but the parties had to engage in motion practice to resolve this issue. The hearing on Defendant Harley-Davidson Motor Company Group, LLC's Motion for Entry of Protective Order was heard on October 2, 2023. The parties will need additional time to allow for the production of these confidential items as well as time for the Plaintiffs and their consultants to evaluate same before experts can be disclosed.

Likewise, after a reasonable extension of time was granted, the Defendants served their initial responses to written discovery, except for the confidential material mentioned above, on September 26, 2023. The parties will need additional time to evaluate these responses and whether court intervention is or is not necessary related to possible motion to compel issues related to information that Plaintiffs' experts might need in order to fully express opinions.

The Parties are also involved in scheduling an inspection of the subject product and it is tentatively scheduled to occur on October 18, 2023.

Consequently, many of the discovery deadlines will need to be extended in order to allow for the remaining extensive fact and expert discovery to occur. The Parties are seeking to extend all deadlines by 90 days in order to allow for the additional discovery contemplated herein, including resolution of the protective order dispute and the product inspection.

**D.    Proposed Schedule for Completing All Remaining Discovery**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Amending Pleadings and Adding Parties | November 14, 2023 | February 12, 2024 |
| Plaintiffs' Initial Expert Disclosures | November 14, 2023 | February 12, 2024 |
| Defendants' Initial Expert Disclosures | December 14, 2023 | March 13, 2024 |
| Rebuttal Expert Disclosures | January 15, 2024 | April 15, 2024 |
| Discovery Cut-Off Date | March 13, 2024 | June 11, 2024 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motions | April 15, 2024 | July 15, 2024 |
| Consolidated Pre-Trial Order | May 14, 2024 | August 12, 2024 |

Based on the foregoing stipulation of the parties and good cause appearing, the Parties respectfully request that the Court enter an Order adopting the parties' amended proposed schedule for completing all remaining discovery.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 17th day of October, 2023.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MCNULTY MICKUS, LLP** | **SULLIVAN LAW** |
| */s/ Alexandria L. Layton* | */s/ Robert L. Chaiken* |
| Jay J. Schuttert, Esq. (SBN 8656) | J.D. Sullivan, Esq. (SBN 5516) |
| Alexandria L. Layton, Esq. (SBN 14228) | 1625 Hwy. 88, Suite 401 |
| Hayley E. LaMorte, Esq. (SBN 14241) | Minden, NV 89423 |
| 6720 Via Austi Parkway, Suite 300 | |
| Las Vegas, NV 89119 | Robert L. Chaiken, Esq. (Pro Hac Vice) |
| | Chaiken & Chaiken, P.C. |
| Anthony P. Steinike (Pro Hac Vice) | 5717 Legacy Dr., Suite 250 |
| Gabrielle B. Ilaria (Pro Hac Vice) | Plano, TX 75024 |
| QUARLES & BRADY, LLP | |
| 300 N. LaSalle St., Suite 4000 | *Attorneys for Plaintiffs* |
| Chicago, IL 60654 | |
| *Attorneys for the Harley-Davidson Defendants* | |

**LIPSON NEILSON P.C.**

*/s/ Amanda A. Ebert*
Joseph P. Garin, Esq. (SBN 6653)
Amanda A. Ebert, Esq. (SBN 12731)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant Spirit America, Inc. d/b/a True-Track, Inc.*

**IT IS SO ORDERED:**

_C S ❧_
_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: October 17, 2023