1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRENT ROERING and SHELLY ROERING, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HARLEY-DAVIDSON, INC., a Delaware corporation; HARLEY-DAVIDSON, INC., a Wisconsin corporation; HARLEY-DAVIDSON MOTOR CO., INC., a Wisconsin corporation; HARLEY-DAVIDSON MOTOR COMPANY OPERATIONS, INC., a Wisconsin corporation;  HARLEY-DAVIDSON MOTOR COMPANY, INC., a Wisconsin corporation; HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, a Wisconsin limited liability company; GLIDE-PRO, INC., a California corporation;  SPIRIT AMERICA, INC. dba True-Track aka TRUE-TRACK, INC., a Wyoming corporation, and DOES 1-100,<br><br>　　　　Defendants. | CASE NO.:  3:22-cv-00549-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION AND ORDER FOR DISMISSAL OF HARLEY DAVIDSON DEFENDANTS |

　　　Come now Plaintiffs  BRENT ROERING and SHELLY ROERING, and Defendant HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, incorrectly sued as Harley-

1

Davidson, Inc., a Delaware corporation; Harley-Davidson, Inc., a Wisconsin corporation; Harley-Davidson Motor Co., Inc., a Wisconsin corporation; Harley-Davidson Motor Company Operations, Inc., a Wisconsin corporation; and Harley-Davidson Motor Company, Inc., a Wisconsin corporation (collectively referred to hereinafter as the "Harley Davidson Defendants"), by and through their respective counsel of record and, pursuant to settlement, herewith dismiss the Complaint as to the Harley Davidson Defendants, with prejudice, with each party to bear their own costs and attorney's fees.

Dated:  April 30, 2024     SULLIVAN LAW
                            CHAIKEN & CHAIKEN, P.C.

                            By:  /J. D. Sullivan/
                                 Attorneys for Plaintiffs

Dated:  April 30, 2024     EVANS FEARS SCHUTTERT MCNULTY MICKUS

                            By:  /Jay J. Schuttert/
                                 Attorneys for Defendant, Harley-Davidson Motor Company Group, LLC, incorrectly sued as Harley-Davidson, Inc., Harley-Davidson Motor Co., Inc., Harley-Davidson Motor Company Operations, Inc., and Harley-Davidson Motor Company, Inc.

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2024