UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRENT ROERING and SHELLY ROERING, husband and wife,<br><br>          Plaintiffs,<br><br>vs.<br><br>HARLEY-DAVIDSON, INC., a Delaware corporation; HARLEY-DAVIDSON, INC., a Wisconsin corporation; HARLEY-DAVIDSON MOTOR CO., INC., a Wisconsin corporation; HARLEY-DAVIDSON MOTOR COMPANY OPERATIONS, INC., a Wisconsin corporation;  HARLEY-DAVIDSON MOTOR COMPANY, INC., a Wisconsin corporation; HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, a Wisconsin limited liability company; GLIDE-PRO, INC., a California corporation;  SPIRIT AMERICA, INC. dba True-Track aka TRUE-TRACK, INC., a Wyoming corporation, and DOES 1-100,<br><br>          Defendants. | CASE NO.:  3:22-cv-00549-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SPIRIT AMERICA, INC. |

    Come now Plaintiffs  BRENT ROERING and SHELLY ROERING, and defendant, SPIRIT AMERICA, INC. dba True-Track aka TRUE-TRACK, INC. ("SPIRIT AMERICA,

1

INC."), by and through their respective counsel of record and herewith dismiss the Complaint as to defendant SPIRIT AMERICA, INC., without prejudice, with each party to bear their own costs and attorney's fees.

Dated:  April 30, 2024         SULLIVAN LAW
                               CHAIKEN & CHAIKEN, P.C.

                               By:  /J. D. Sullivan/
                                    Attorneys for Plaintiffs

Dated:  April 30, 2024         LIPSON NEILSON P.C.

                               By:  /Joseph P. Garin/
                                    Attorneys for Defendant
                                    Spirit America, Inc.

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2024